## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CHARLES NICHOLS, individually** ) <br> **and as father and next best of B.N. et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> ) <br> **PRINCE GEORGE'S COUNTY** ) <br> ) <br> **Defendant.** ) <br> _____) | **Case No.: 18:cv-01296 GJH** |

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiffs, Charles Nichols and Bonnecia Potts voluntary dismiss without prejudice the above-entitled action against Defendant, Prince George's County. This notice of dismissal is being filed with the Court before service of any pleadings.

    Respectfully submitted,

    THE MCDANIEL LAW GROUP, P.L.L.C.

    /s/ Nesibneh A. St. Hill
    Nesibneh A. St. Hill
    1920 L Street, N.W., Suite 303
    Washington D.C. 20036
    Tel: 202-331-0793
    Fax: 202-331-7004